FILED

08 JUN 11 PM 3:56

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08 CR 1915 L |
|---|---|
| Plaintiff, | ) INDICTMENT |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| JERARDO MUNIZ, | ) Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. | ) Intent to Distribute |

The grand jury charges:

Count 1

On or about February 8, 2008, within the Southern District of California, defendant JERARDO MUNIZ did knowingly and intentionally import 50 kilograms and more, to wit: approximately 54.10 kilograms (119.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CEM:fer:Imperial
6/6/08

Count 2

On or about February 8, 2008, within the Southern District of California, defendant JERARDO MUNIZ did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 54.10 kilograms (119.02 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 11, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney