FILED

08 JUN 11 PM 3:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1915 L

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JERARDO MUNIZ, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to United States of America v. Jerardo Muniz, Criminal Case No. 08CR0702-L.

   DATED: June 4, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Caleb Mason*

CALEB E. MASON
Assistant U.S. Attorney