# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>              Plaintiff, <br><br> vs. <br><br> JERARDO MUNIZ (1), <br><br>              Defendant. | CASE NO. 08CR1915-L <br><br> **JUDGMENT OF DISMISSAL** |

12 MAR 13 PM 3:01

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_XX_    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_XX_    of the offense(s) as charged in the Indictment:

        21:952 AND 960 - IMPORTATION OF MARIJUANA

        21:841(a)(1) - POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 12, 2012

                                          M. James Lorenz
                                          U.S. District Judge